AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## DISTRICT OF ___MASSACHUSETTS___

UNITED STATES OF AMERICA

V.

JOHN P. DIFRANCESCO

# WARRANT FOR ARREST

CASE NUMBER: *04m - 1101 - JGD*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOHN P. DIFRANCESCO _____
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

bank robbery

in violation of Title ___18___ United States Code, Section(s) ___2113(a)___

___Judith Gail Dein___
Name of Issuing Officer

___Judith Gail Dein___
Signature of Issuing Officer

___US Magistrate Judge___
Title of Issuing Officer

___9/8/04___  BOSTON, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.