AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA
V.

**John DiFrancesco**

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: **04m-1101-JGD**

I, **John DiFrancesco**, charged in a ☒ complaint ☐ petition pending in this District **Massachusetts** in violation of **18**, U.S.C., **2113(a)**,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_9/14/04_
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant