UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 10316 JLT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. §2113(a) |
| | ) | (Bank Robbery) |
| JOHN P. DIFRANCESCO | ) | |

### INDICTMENT

<u>COUNT ONE</u>:   (18 U.S.C. §2113(a)- Bank Robbery)

The Grand Jury charges that:

On or about July 1, 2004, at Newburyport, in the District of Massachusetts,

**JOHN P. DIFRANCESCO,**

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Newburyport Five Cent Savings Bank money in the amount of $2,450, more or less, belonging to and in the care, custody, control, management and possession of said Newburyport Five Cent Savings Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
JOHN A. CAPIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS;            October 13, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK     11:25 AM

%JS 45 (5/97) - (Revised USAO MA 1/15/04)    04CR10316JLT

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: _____    Category No. II    Investigating Agency: FBI

City: Newburyport    Related Case Information:

County: Essex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-mj-01101-JGD
Search Warrant Case Number    _____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name: JOHN P. DIFRANCESCO    Juvenile  ☐ Yes  ☒ No

Alias Name: _____

Address: 7 Esquire Circle, Peabody, MA 01960

Birth date (Year only): 1973  SSN (last 4 #): 5802  Sex: M  Race: _____  Nationality: USA

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA: John A. Capin    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as  pretrial detainee  in  Plymouth Cty HOC
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty    ☐ Misdemeanor    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 13, 2004    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse         04 CR 10316 JLT

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JOHN P. DIFRANCESCO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 2113(a) | Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**