UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10316-JLT

UNITED STATES OF AMERICA

v.

JOHN P. DIFRANCESCO

## FURTHER ORDER ON EXCLUDABLE TIME

December 13, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 13, 2004 through February 1, 2005

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated November 4, 2004, and this order, at the time of the Final Status Conference on February 1, 2005, there will be eleven (11) days of non-excludable time under the Speedy Trial Act (December 2, 2004 - December 12, 2004) and fifty-nine (59) days will remain under the Speedy Trial Act in which this case must be tried.

                                        / s / Judith Gail Dein
                                        JUDITH GAIL DEIN
                                        United States Magistrate Judge