UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10316-JLT

UNITED STATES OF AMERICA

v.

JOHN P. DIFRANCESCO

## FURTHER ORDER ON EXCLUDABLE TIME

February 1, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 1, 2005 through March 1, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated November 4, 2004, December 13, 2004 and this order, at the time of the Final Status Conference on March 1, 2005, there will be eleven (11) days of non-excludable time under the Speedy Trial Act (December 2, 2004 - December 12, 2004) and fifty-nine (59) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　／ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge