UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-10316-JLT |
| JOHN P. DIFRANCESCO | ) ) ) | |
| Defendant | ) ) | |

**<u>JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(C)</u>**

Pursuant to Local Rule 116.5(C), the United States and the defendant, John P. DiFrancesco (collectively, "the parties") state as follows:

(1) There are no outstanding discovery issues.

(2) The parties do not anticipate further discovery.

(3) The defendant does not intend to raise a defense of public authority or insanity.

(4) The defendant will not raise an alibi defense.

(5) The defendant has not filed, and does not intend to file, any motion requiring a ruling by the District Court before trial.

(6) The parties request that this case be returned to the District Court to schedule a change of plea.

(7) The defendant intends to enter a plea of guilty.

(8)     The indictment in this case was filed on October 13, 2004.  The defendant was arraigned on November 4, 2004.  The period from November 4, 2004 to March 1, 2005 has been excluded by agreement of the parties and Orders of the Court (Docket Entries 11, 13, and 15). Thus, since the Grand Jury returned the indictment, 21 non-excludable days have elapsed (October 13, 2004 to November 3, 2004) and 49 days remain to commence trial within the period mandated by the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| JOHN P. DIFRANCESCO<br>By his Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ J. Martin Richey | By:    /s/ John A. Capin |
| J. MARTIN RICHEY<br>Assistant Federal Defender<br>(617) 223-8061 | JOHN A. CAPIN<br>Assistant U.S. Attorney<br>(617) 748-3264 |