UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10316-JLT |
| | ) | |
| JOHN DiFRANSECO | ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO CONTINUE SENTENCING

    Defendant, with the assent of the government, respectfully moves this Court to continue his sentencing (currently scheduled for September 21, 2005). As grounds for this motion, undersigned counsel is in the process of challenging a prior state conviction which serves as a basis to enhance significantly defendant's federal guideline sentence. Moreover, because of the press of other business, undersigned counsel has been unable to complete the objections to the presentence report in this case within the designated time frame.

    Assistant United States Attorney John A. Capin assents to this motion.

    JOHN DiFRANSECO
    By his attorney,


    /s/ J. Martin Richey
    J. Martin Richey
      B.B.O. #559902
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA 02110
    Tel: 617-223-8061

Date: September 6, 2005