UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10316-JLT |
| | ) | |
| JOHN DiFRANSECO | ) | |

DEFENDANT'S ASSENTED-TO MOTION
TO BRIEFLY CONTINUE SENTENCING

    Defendant, with the assent of the government, respectfully moves this Court to briefly continue his sentencing (currently scheduled for October 19, 2005). As grounds for this motion, defendant has vacated a prior state conviction and, in defendant's view, his sentencing guideline calculation has changed. Undersigned counsel needs a brief opportunity to submit objections to the presentence report reflecting this change in circumstances, and the probation department will need an opportunity to respond.

    Assistant United States Attorney John A. Capin assents to this motion.

    JOHN DiFRANSECO
    By his attorney,

    /s/ J. Martin Richey
    J. Martin Richey
      B.B.O. #559902
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

Date:  October 12, 2005